IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3161 |
| vs. | |
| MATTHEW RAYMOND SCHROEDER, | ORDER |
| Defendant. | |

This matter is before the Court on a letter from the defendant (filing 62) that the Court has filed as a motion asking the Court to modify the conditions of his supervised release. For the reasons stated in the Court's previous order (filing 61), that motion will be denied. Judicial relief—if any is to be had—must be found in the U.S. District Court where the defendant is incarcerated. *See Garza v. Davis*, 596 F.3d 1198, 1204 (10th Cir. 2010); *see also* 28 U.S.C. § 2241.

IT IS ORDERED that the defendant's motion to modify the conditions of his supervised release (filing 62) is denied.

Dated this 30th day of March, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge